AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien after Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ ALEJANDRO SANCHEZ-OROSCO

DISTRICT COURT NUMBER
CR 08 0459 WHA

E-filing

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

FILED JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Agent Cesar Lopez, ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
3-08-70395 MEJ

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Lara M. Kroop

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year 7/02/2008

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CR 08 0459 WHA

ALEJANDRO SANCHEZ-OROSCO

FILED
JUL 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

DEFENDANT(S).

---

## INDICTMENT

VIOLATION:
8 U.S.C. § 1326 - Illegal Reentry Following Deportation

_INDICT_
A true bill.

_____
Foreman

Filed in open court this ___10___ day of July 2008

_____
Clerk

Bail, $ No process

Case 3:08-cr-00459-WHA    Document 3    Filed 07/10/2008    Page 3 of 4

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,           )   CR 08    0459
                                         )
13         Plaintiff,                    )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                         )   Reentry Following Deportation
14     v.                                )
                                         )
15  ALEJANDRO SANCHEZ-OROSCO,            )   SAN FRANCISCO VENUE
      a/k/a Alejandro Flores,            )
16    a/k/a Alejandro Flores-Dominguez,  )
                                         )
17         Defendant.                    )
                                         )
18  _____)
19
                      INDICTMENT
20
The Grand Jury charges:
21
       On or about December 20, 2002, May 25, 2003, March 9, 2004, December 30, 2004 and
22
January 13, 2005, the defendant,
23
                ALEJANDRO SANCHEZ-OROSCO,
24                 a/k/a Alejandro Flores,
                a/k/a Alejandro Flores-Dominguez
25
an alien, was excluded, deported and removed from the United States, and thereafter, on or about
26
May 30, 2008, was found in the Northern District of California, the Attorney General of the
27
United States and the Secretary of Homeland Security not having expressly consented to a
28
//

INDICTMENT

FILED
JUL 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

1  re-application by the defendant for admission into the United States, in violation of Title 8, United
2  States Code, Section 1326.
3
4  DATED:                                              A TRUE BILL.
5  7-10-08
6                                                     /s/ [signature]
                                                      FOREPERSON
7
   JOSEPH P. RUSSONIELLO
8  United States Attorney
9
10 /s/ [signature]
   KYLE WALDINGER
11 Deputy Chief, Major Crimes Division
12
13 (Approved as to form: /s/ [signature]    )
                          SAUSA KROOP
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT