IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEJANDRO SANCHEZ-OROSCO,<br><br>    Defendant.<br>_____ / | No. CR 08-00459 WHA<br><br>**CLERK'S NOTICE<br>RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

     YOU ARE NOTIFIED THAT the trial setting hearing previously set for July 22, 2008 at 2:00 pm has been rescheduled for **July 22, 2008 at 1:30 pm**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:   July 21, 2008                                           FOR THE COURT,

                                                                                        Richard W. Wieking, Clerk

                                                                                      By: _____<br>
                                                                                          Dawn Toland<br>
                                                                                         Courtroom Deputy to the<br>
                                                                                         Honorable William Alsup