UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 22, 2008

Case No.:  CR 08-0459 WHA

Title:  UNITED STATES -v- ALEJANDRO SANCHEZ-OROSCO (custody)

Appearances:
    For the Government:  Lara Kroop

    For the Defendant(s):  Eric Hairston

Interpreter: n/a      Probation Officer: n/a

Deputy Clerk:  Dawn Toland      Court Reporter:  Debra Pas

**PROCEEDINGS**

1)  Trial Setting - HELD

2)  

Case continued to  8/19/08 at 2:00 pm  for Change of Plea/Sentencing

Time Excluded:  **Begins:**      **Ends:**

**ORDERED AFTER HEARING:**

Parties have reached a Fast Track disposition. USPO Cheryl Simone confirmed that a modified presentence report can be completed by 8/19/08. Court finds there no reason to exclude the time between now and then.