UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

FILED
AUG 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: August 19, 2008

Case No.: CR 08-00459 WHA

Title: UNITED STATES -v- ALEJANDRO SANCHEZ-OROSCO (custody)

Appearances:

    For the Government: Lara Kroop

    For the Defendant(s): Eric Hairston

Interpreter: n/a      Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter: Margo Gurule

## PROCEEDINGS

1) Change of Plea/Sentencing - HELD

2) _____

Case continued to __ for Further Status

**ORDERED AFTER HEARING:**

Parties reached a Fast Track disposition.

Plea Agreement filed. Defendant entered a guilty plea to Count One of the Indictment.

JUDGMENT: Defendant is committed to the BOP for 21 months and 3 years of supervised release with special conditions: 1) obey Immigration rules and regulations; 2) no firearms or weapons; 3) cooperate in collection of DNA; and 4) pay $100 special assessment. No fine is imposed.